**Order entered March 6, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01197-CR

### JOSE JOFFRE CORREA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court of Appeals No. 2**
**Dallas County, Texas**
**Trial Court Cause No. M09-57654**

## ORDER

The Court **REINSTATES** the appeal.

On February 14, 2013, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On March 1, 2013, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the February 14, 2013 order requiring findings.

We **GRANT** the March 1, 2013 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/    DAVID EVANS
        JUSTICE